IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) PATRICIA VANDERSCHAAF, and ) JACK H. WELLS, JACK H. WELLS, JR., ) and STAN WELLS, ) ) Defendants. ) | Civil No. 3:12-1041 Judge Trauger |

### O R D E R

The stay imposed in this case as to defendant Patricia Vanderschaaf on February 5, 2013 (Docket No. 32) is hereby **LIFTED**, given that her bankruptcy case has been dismissed (Docket No. 89).

It is so **ORDERED**.

ENTER this 8th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge