IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PATRICIA VANDERSCHAAF, and JACK H. WELLS, JACK H. WELLS, JR., and STAN WELLS, <br><br> Defendants. | Civil No. 3:12-1041 <br> Judge Trauger |

**O R D E R**

The stay imposed in this case as to defendant Patricia Vanderschaaf on February 5, 2013 (Docket No. 32) is hereby **LIFTED**, given that her bankruptcy case has been dismissed (Docket No. 89).

It is so **ORDERED**.

ENTER this 8th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge